✎ PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 15, 2018

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Lemus-Alonso, Cesar | Docket No. | 0980 2:18CR00176-SMJ-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Linda Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Cesar Lemus-Alonso, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 1st day of October 2018 under the following conditions:

**Standard Condition #1**:  Defendant shall not commit any offense in violation of federal, state or local law.  Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement.  Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

**Special Condition #31:**  Comply with all conditions of supervision imposed by other courts.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:**  Mr. Lemus-Alonso  is consider to be in violation of his condition of release by being arrested for violation of a no contact order in Brewester, Washington, on November 11, 2018.

On October 5, 2018, this officer met Mr. Lemus-Alonso at his release residence and reviewed the pretrial release conditions. The defendant verbalized and signed acknowledging he understood the release conditions, to include Standard Condition #1.

On September 24, 2018, Mr. Lemus-Alonso plead guilty to fourth degree assault, in Douglas County District Court, Bridgeport Division, Bridgeport, Washington, case number 8Z0133582, and was sentenced to 364 days jail, with 345 days suspended, with 19 days credit for time served; $5,000 fine with $4,750 suspended; 24 months probation; and no contact with the victim.

The defendant was arrested on November 11, 2018, for violating his active no contact order.  According to the arresting report probation received dated November 11, 2018, Brewster Police Officers conducted a traffic stop on a vehicle that the defendant was operating. The defendant was explained the reason for the stop and asked to provide his license, registration, and proof of insurance. Brewster Police Officers did a Department of Licensing check and was advised the defendant had a clear driving status. During the traffic stop, the officers were advised by dispatch the defendant had an active No Contact Order with Raquel Segura-Sanchez.  During the traffic stop, officers observed a female located  in the passenger seat.  The officers  made contact with the female passenger and asked for her identification. The female advised she did not have any form of identification and verbally identified herself as Gabriela Segura-Sanchez. At this time, the officers report they began to search local and state record databases and eventually found the information the female provided was that of Raquel Segura-Sanchez, the defendant's wife whom he has an active no contact order with. The female admitted she provided false information to the officer.  The defendant was ultimately detained and booked into the Okanogan County jail without incident.  The defendant is currently pending Violation of No Contact Order- Domestic Violence.

**PS-8**
**Re: Lemus-Alonso, Cesar**
**November 15, 2018**
**Page 2**

**Violation #2:** Mr. Lemus-Alonso is consider to be in violation of his condition of release by being arrested for violating his no contact order in case 8Z0133582, in Douglas County District Court, Bridgeport Division, Bridgeport, Washington.

On October 5, 2018, this officer met Mr. Lemus-Alonso at his release residence and reviewed the pretrial release conditions. The defendant verbalized and signed acknowledging he understood the release conditions, to include Special Condition #31.

On September 24, 2018, Mr. Lemus-Alonso plead guilty to fourth degree assault, in Douglas County District Court, Bridgeport Division, Bridgeport, Washington, case number 8Z0133582, and was sentenced to 364 days jail, with 345 days suspended, with 19 days credit for time served; $5,000 fine with $4,750 suspended; 24 months probation; and no contact with the victim.

The defendant was arrested on November 11, 2018, for violating his active no contact order. According to the arresting report probation received dated November 11, 2018, Brewster Police Officers conducted a traffic stop on a vehicle that the defendant was operating. The defendant was explained the reason for the stop and asked to provide his license, registration, and proof of insurance. Brewster Police Officers did a Department of Licensing check and was advised the defendant had a clear driving status. During the traffic stop, the officers were advised by dispatch the defendant had an active No Contact Order with Raquel Segura-Sanchez. During the traffic stop, officers observed a female located in the passenger seat. The officers made contact with the female passenger and asked for her identification. The female advised she did not have any form of identification and verbally identified herself as Gabriela Segura-Sanchez. At this time, the officers report they began to search local and state record databases and eventually found the information the female provided was that of Raquel Segura-Sanchez, the defendant's wife whom he has an active no contact order with. The female admitted she provided false information to the officer. The defendant was ultimately detained and booked into the Okanogan County jail without incident. The defendant is currently pending Violation of No Contact Order- Domestic Violence.

On November 14, 2018, this officer made contact with Douglas County District Court Probation Officer Martinez. Officer Martinez advised she is currently supervising the defendant on case number 8Z0133582. Officer Martinez confirmed the defendant has a condition stating he shall not go upon the property of and have no contact with Raquel Segura-Sanchez, which is also stated in the active no contact order on the above-noted case. Officer Martinez emailed the defendant's release conditions to this officer reflecting the above contact restrictions and requirements.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on:        November 15, 2018 |
| by | s/Linda J. Leavitt |
|  | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

**PS-8**

**Re: Lemus-Alonso, Cesar**
**November 15, 2018**
**Page 3**


THE COURT ORDERS

[  ]    No Action
[ x]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this
          petition with the other violations pending before the
          Court.
[  ]    Defendant to appear before the Judge assigned to the
case.
[  ]    Defendant to appear before the Magistrate Judge.
[  ]    Other


_____
Signature of Judicial Officer

November 15, 2018
_____
Date