PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 07, 2019

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Lemus-Alonso, Cesar | Docket No. | 0980 2:18CR00176-SMJ-1 |

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW  Stephen Krous, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Cesar Lemus-Alonso, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 1st day of October 2018, under the following conditions:

**Standard Condition #6**:  Defendant shall report to the United States Probation office before and immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

**Standard Condition #2**:  Defendant shall immediately advise the court, defense counsel, and the U.S. Attorney in writing before any change in address or telephone number.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:**  Mr. Lemus-Alonso  is considered to be in violation of his condition of release by failing to follow the officer's directive to call every Monday and report any changes in his address or circumstances.

On December 4, 2018, this officer met Mr. Lemus-Alonso at his release residence,                                                       Orondo, Washington, and reviewed the pretrial release conditions along with the additional reporting instructions outlined in form PS7.  The defendant verbalized and signed, acknowledging he understood the release conditions and the instructions outlined in the form.  He was provided copies of the signed documents.  This officer completed a walk through of his trailer and the room where he was staying.  He showed this officer the bed he was sleeping in and his belongings around and near his bed. He showed the undersigned the kitchen area, the bathroom and shower area of the trailer.  The defendant shared the residence with several roommates and co-workers.  He indicated this trailer was better for him and more accommodating than his sister-in-law's trailer.

On December 3, and 10, 2018, Mr. Lemus-Alonso called this officer as directed and reported no changes or problems.  Cesar Lemus-Alonso failed to call this officer as previously directed on December 17, 24, and 31, 2018.

**Violation #2:** Mr. Lemus-Alonso is considered to be in violation of his condition of release by failing to report a change in address or telephone number to the Court.

On December 4, 2018, this officer met Mr. Lemus-Alonso at his release residence,                                                       Orondo, Washington, and reviewed the pretrial release conditions along with the additional reporting instructions outlined in form PS7.  The defendant verbalized and signed, acknowledging he understood the release conditions and the instructions outlined in the form.  He was provided copies of the signed documents.  This officer completed a walk through of his trailer and the room where he was staying.  He showed this officer the bed he was sleeping in and his belongings around and near his bed. He showed me the kitchen area, the bathroom and shower area of the trailer.  The defendant shared the trailer with several roommates and co-workers.  He indicated this trailer was better for him and more accommodating than his sister-in-law's trailer.

This officer attempted to contact Mr. Lemus-Alonso at his residences on December 20, 2018. Several of his roommates indicated he was not at the residence and they thought he moved out as he had not been at the trailer since the previous week and he had not been at work all week. One of the roommates showed the undersigned the offender's bedroom and the bed had been removed and the defendant's belongings were no longer near or around the bed. Another roommate was cleaning the area and indicated the defendant was no longer staying in the trailer. This officer also attempted to contact him at his sister-in-law's trailer,                without success. This officer attempted to contact Mr. Lemus-Alonso through his cellular telephone but received a message indicating the phone was no longer in service.

This officer contacted Mr. Lemus-Alonso's brother who also attempted to locate and speak with the defendant, however, he was unsuccessful.

Cesar Lemus-Alonso's current whereabouts are unknown at this time.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    January 7, 2019

by    s/Stephen Krous

Stephen Krous
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

01/07/2019
Date